UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ANDRE DOLBERRY,

                      Plaintiff,

                                                               DECISION AND ORDER

                                                               02-CV-6418L

                     v.

SUPERINTENDENT LEVINE,
TIMOTHY GRAHAM,
SERGEANT HEICHT,
CIVILIAN KELLNER,
OFFICER LEWIS,
DIRECTOR OF IHP, THOMAS EAGEN,
EBLING,
MEEGAN,
WEBER, of the Grievance Committee,
ANDREW KONKLE, Of The Law Library,
NURSE BEARDSLEY,
SGT. LYONS,

                      Defendants.
_____

      By Decision and Order filed July 28, 2008 (Dkt. #266), this Court granted in part and denied in part defendants' motion for summary judgment and denied plaintiff's motion for summary judgment. By Notice of Motion filed September 16, 2008 (Dkt. #269), plaintiff has filed a motion, *pro se,* to reargue the motion. I treat this as a motion for reconsideration. Plaintiff's motion (Dkt. #269) for reconsideration is in all respects denied.

      IT IS SO ORDERED.

                                                 _____
                                                      DAVID G. LARIMER
                                                   United States District Judge

Dated: Rochester, New York
       September 22, 2008.