UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ANDRE DOLBERRY,

                              Plaintiff,

                                                                       DECISION AND ORDER

                                                                           02-CV-6418L

                          v.

SERGEANT HEICHT, et al.,

                              Defendants.
_____

On November 10, 2009, plaintiff Andre Dolberry filed a two-page motion "for an order dismissing defendants' defense(s)." Dkt. #304.

Contrary to the assertions made by plaintiff, the evidence does not demonstrate as a matter of law that plaintiff is entitled to the relief that he seeks. Plaintiff's motion is therefore denied.

**CONCLUSION**

Plaintiff's motion to dismiss (Dkt. #304) is denied.

IT IS SO ORDERED.

                                                _____
                                                    DAVID G. LARIMER
                                                    United States District Judge

Dated: Rochester, New York
        December 9, 2009.